FILED
2026 Jul-17 AM 10:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **ANTHONY T. LEE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 1:26-mc-989-LCB** |
| | ) | **(70-cv-251-S)** |
| **ST. CLAIR COUNTY BOARD OF** | ) | |
| **EDUCATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |

# FINAL JUDGMENT

Consistent with Federal Rule of Civil Procedure 58 and the Order entered on this date, it is **ORDERED** that this action is **DISMISSED WITH PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(2). The Clerk is **DIRECTED** to close the case.

**DONE** and **ORDERED** this July 17, 2026.

**LILES C. BURKE**
UNITED STATES DISTRICT JUDGE